## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHAUN FAULEY, individually and as the representative of a class of similarly-situated persons, <br><br> Plaintiff, <br><br> v. <br><br> VETSPECS, INC., JU LUO and JOHN DOES 1-10, <br><br> Defendants. | No. 1:15-cv-02529 <br><br> Hon. Sharon Johnson Coleman <br><br> Magistrate: Hon. Michael T. Mason |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, SHAUN FAULEY, through his undersigned attorneys, hereby voluntarily dismisses this action with prejudice, the class allegations without prejudice, each side to bear its own costs.

SHAUN FAULEY, individually and as the representative of a class of similarly-situated persons

s/ Brian J. Wanca

Brian J. Wanca
Ryan M. Kelly
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL  60008
Telephone:  847-368-1500
Fax:  847-368-1501
bwanca@andersonwanca.com
rkelly@andersonwanca.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 20, 2015, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

                                            /s/Brian J. Wanca